UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DECKER,<br><br>      *Plaintiff*,<br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>      *Defendants*. | Civ. No. 1:20-CV-1141 (LEK/DJS)<br><br>**CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS HONEYWELL INTERNATIONAL INC. AND 3M COMPANY** |

    Plaintiff Robert Decker ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has settled his claims against Defendants Honeywell International Inc. and 3M Company and thereby respectfully requests that the Court enter an Order dismissing Plaintiff's claims against only Defendants Honeywell International Inc. and 3M Company, with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: August 25, 2023            **FARACI LANGE, LLP**

                                               */s/ Stephen G. Schwarz*
                                               Stephen G. Schwarz
                                               Hadley E. Lundback
                                               1882 South Winton Road, Suite 1
                                               Rochester, New York 14618
                                               Telephone: (518) 325-5150
                                               Facsimile: (518) 325-3285
                                               sschwarz@faraci.com
                                               hadley@faraci.com

WILLIAMS CEDAR, LLC

*/s/ Gerald Williams*
Gerald Williams
One South Broad Street
Suite 1510
Philadelphia, Pennsylvania 19102
Telephone: (215) 557-0099
Facsimile: (215) 557-0673
gwilliams@williamscedar.com

*Attorneys for Plaintiff*

**So Ordered**

_____
LAWRENCE E. KAHN
UNITED STATES DISTRICT JUDGE
Dated:  December 15, 2023
Albany, NY

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Stephen G. Schwarz*