UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DECKER,<br><br>      *Plaintiff*,<br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a/ ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>      *Defendants*. | Civ. No. 1:20-CV-1141 (LEK/DJS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

      Plaintiff Robert Decker ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has resolved his remaining claims against Defendant Saint-Gobain Performance Plastics Corp., and thereby respectfully requests that the Court enter an Order dismissing the above-captioned matter, with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: April 30, 2024                        **FARACI LANGE LLP**

                                                  */s/ Stephen G. Shwarz*
                                          Stephen G. Schwarz
                                          1882 South Winton Rd, Suite 1
                                          Rochester, New York 14618
                                          Telephone: (585) 325-5150
                                          Facsimile: (585) 325-3285
                                          sschwarz@faraci.com
                                          *Attorneys for Plaintiff*

2

So Ordered

LAWRENCE E. KAHN
UNITED STATES DISTRICT JUDGE
Dated: September 11, 2024