**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ROBERT DECKER,

     *Plaintiff,*

  v.

SAINT-GOBAIN PERFORMANCE PLASTICS
CORP., HONEYWELL INTERNATIONAL
INC. f/k/a/ ALLIED-SIGNAL INC. and/or
ALLIEDSIGNAL LAMINATE SYSTEMS,
INC., E.I. DUPONT DE NEMOURS AND
COMPANY and 3M CO.,

     *Defendants*.

Civ. No. 1:20-CV-01141 (LEK/DJS)

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
AND ORDER OF DISMISSAL**

Plaintiff Robert Decker ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has resolved his remaining claims against Defendant E.I. DuPont De Nemours and Company and thereby respectfully requests that the Court enter an Order dismissing the above-captioned matter, with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: May 31, 2024

**FARACI LANGE LLP**

*/s/ Stephen G. Schwarz*
Stephen G. Schwarz
1882 South Winton Rd, Suite 1
Rochester, New York 14618
Telephone: (585) 325-5150
Facsimile: (585) 325-3285
sschwarz@faraci.com
*Attorneys for Plaintiff*

**So Ordered**

LAWRENCE E. KAHN
UNITED STATES DISTRICT JUDGE
Dated:  September 11, 2024